[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-13369
Non-Argument Calendar

_____

D. C. Docket No. 6:12-cv-00870-CEH-TBS

FERNANDO LUNA,

Plaintiff-Appellant,

versus

GREGORY LARKIN,
UNIVERSITY OF CENTRAL FLORIDA
BOARD OF TRUSTEES,
JULIE WILK
RICHARD BEARY,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 23, 2014)

Before TJOFLAT, JORDAN and FAY, Circuit Judges.

PER CURIAM:

We affirm the District Court's judgment of July 24, 2013, dismissing with prejudice Counts Five through Eleven of plaintiff's second amended complaint. We do so for the reason stated in the court's July 23, 2013, order:   the claims in those counts are barred by the Eleventh Amendment to the United States Constitution.

AFFIRMED.

2